LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DORAN, | Case No. CIV.S-04-1806 LKK CMK |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| R&D FOODS, INC. DBA CARL'S JR.; CARL KARCHER ENTERPRISES; JACK R. BRINK, TRUSTEES OF THE BRINK FAMILY TRUST, et al., | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1806 LKK CMK, is hereby dismissed with prejudice.

Dated: May 24, 2005.               /s/Lawrence K. Karlton
                                   United States District Judge